## 17886.   ANDERSON *v.* THE STATE.

BROYLES, C. J. The overruling of an extraordinary motion for a new trial based solely upon alleged newly discovered evidence is complained of in this case. After a careful consideration of that evidence as disclosed by the record, we are of the opinion that it is not of such a character as would probably produce a different verdict upon another trial.    *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 12, 1927.

Possessing intoxicating liquor; from city court of Reidsville— Judge Cowart.   November 4, 1926.

*H. H. Elders,* for plaintiff in error.

*M. W. Eason, solicitor,* contra.

Criminal Law, 16 C. J. p. 1206, n. 95; p. 1208, n. 97.